# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRADFORD CANNON,** | : | |
| Petitioner | : | |
| | : | No. 1:22-cv-01038 |
| v. | : | |
| | : | (Judge Rambo) |
| **J.L. JAMISON,** | : | |
| Respondent | : | |

# ORDER

**AND NOW**, on this 2nd day of January 2024, upon consideration of pro se Petitioner Bradford Cannon ("Petitioner")'s petition for a writ of habeas corpus (Doc. No. 1), filed pursuant to the provisions of 28 U.S.C. § 2241, and for the reasons set forth in the accompanying Memorandum, **IT IS ORDERED THAT**:

1. The petition (Doc. No. 1) is **DENIED**; and

2. The Clerk of Court is directed to **CLOSE** this case.

s/ Sylvia H. Rambo<br>
SYLVIA H. RAMBO<br>
United States District Judge